JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT THWEATT,<br><br>　　　　　Defendant. | Case No. 5:20-cv-001122-JGB (SHKx)<br><br>*Honorable Jesus G. Bernal* |

# DEFAULT JUDGMENT

The record in this civil action having established that:

1. Defendant Robert Thweatt has been in trespass on the Colorado River Indian Tribes Reservation;

2. Damages are appropriate in the amount of $177,000.00 in principal trespass damages; $8,917.00 in prejudgment interest; $59,397.50 in remediation damages; and postjudgment interest compounded annually;

3. Defendant Robert Thweatt failed to answer Plaintiff the United States of

1 America's Complaint or otherwise appear in this matter; Plaintiff the United States of America requested and the Clerk of the Court entered Default pursuant to Fed. R. Civ. P. 55(a) on August 3, 2020; and the factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986), weigh in favor of granting Default Judgment.

Default Judgment declaring Defendant Robert Thweatt in trespass and granting all requested damages is hereby entered against Defendant Robert Thweatt pursuant to Fed. R. Civ. P. 55(b).

**IT IS SO ORDERED.**

Dated: November 18, 2021

Honorable Jesus G. Bernal
United States District Judge